# Exhibit F

| Expense | Monthly expense |
| --- | --- |
| Auto Oil Change | $40.00 |
| Auto parking and tolls | $50.00 |
| Gas for business travel | $450.00 |
| Auto Repair and tires | $70.00 |
| Airfare | $80.00 |
| Hotels/Camping for business travel | $400.00 |
| Meals while traveling | $600.00 |
| Office supplies – paper, ink, misc. | $80.00 |
| Rodeo, tradeshow, conference expenses | $200.00 |
|  |  |

Storm King Power Sales' monthly expenses including office expenses, travel, lodging, auto, gas, and meals while traveling.